| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Barbara A Marcoon<br><br>Bruce L Marcoon | Case Number:<br><br>2:2019-bk-12774 | |
| Name of Creditor:<br>    Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>    Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>    Wells Fargo Bank, N.A.<br>    MAC N9286-01Y<br>    P.O. Box 1629<br>    Minneapolis, MN 55440-9790<br>    Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>    Wells Fargo Bank, N.A.<br>    MAC N9286-01Y<br>    1000 Blue Gentian Road<br>    Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>    Wells Fargo Bank, N.A.<br>    Attention: Payment Processing<br>    MAC F2302-04C<br>    1 Home Campus<br>    Des Moines, IA 50328<br><br>    Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number: **0635**  UCID: **WFCHEQ1912774PAE14480635** | | ___ Check this box if the account number has changed. |
| 2.   Court Claim Number: **14** | | |
| 3.   Signature:<br><br>Check the appropriate box.<br>    X  I am the creditor.<br>       I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>       I am the trustee, or the debtor.<br>       I am a guarantor, surety, endorser, or other codebtor.<br><br>    By:   /s/ Sharon Renee Harris                    Date:  01/20/2022<br>          VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **CASE NO.:** 19-12774 |
| **Barbara A Marcoon** | **CHAPTER:** 13 |
| **Bruce L Marcoon** | |
| Debtor(s). | |
| _____ / | |

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 21, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*   *By U.S. Postal Service First Class Mail Postage Prepaid:*

Barbara A Marcoon
529 Windy Hill Lane
West Chester, PA 19382


*By U.S. Postal Service First Class Mail Postage Prepaid:*

Bruce L Marcoon
529 Windy Hill Lane
West Chester, PA 19382


*Debtor's Attorney:*   *By CM / ECF Filing:*

STEPHEN MATTHEW DUNNE
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102


*Trustee:*   *By CM / ECF Filing:*

*Trustee:*     KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley
---
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)