United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barbara A Marcoon  
Bruce L Marcoon  
    Debtors

Case No. 19-12774-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 6  
Date Rcvd: Apr 18, 2024      Form ID: 138OBJ      Total Noticed: 78

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barbara A Marcoon, Bruce L Marcoon, 529 Windy Hill Lane, West Chester, PA 19382-6957 |
| 14316770 | + | COMENITY BANK/PIER 1, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 14324315 | + | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14316776 | + | Emergency Care Specialists, PO BOX 667, Toms River, NJ 08754-0667 |
| 14316777 | + | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14316782 | + | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14316788 | + | FORD MOTOR CREDIT, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 14316789 | + | Good Fellowship Club of Chester County, PO BOX 726, New Cumberland, PA 17070-0726 |
| 14339396 | | PNC BANK NA, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14339607 | | PNC Bank, c/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14566154 | + | PNC Bank,National Association, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14349917 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 14841414 | | US Dept. of Education, PO BOX 790322, St.Louis MO 63179-0322 |
| 14753467 | + | US Dept. of Education, PO BOX 4830, Portland OR 97208-4830 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 19 2024 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14316740 | + | Email/Text: bncnotifications@pheaa.org | Apr 19 2024 00:09:00 | AES/PNC NATL CITY, ATTN: BANKRUPTCY, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 14316741 | + | Email/Text: bncnotifications@pheaa.org | Apr 19 2024 00:09:00 | AES/PNC NATL CITY, POB 61047, HARRISBURG, PA 17106-1047 |
| 14316742 | + | Email/PDF: bncnotices@becket-lee.com | Apr 19 2024 00:28:16 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14316747 | + | Email/PDF: bncnotices@becket-lee.com | Apr 19 2024 00:12:55 | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14316754 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2024 00:08:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14316752 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2024 00:08:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |

Case 19-12774-amc    Doc 50    Filed 04/20/24    Entered 04/21/24 00:34:10    Desc Imaged
Certificate of Notice    Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: 138OBJ | Total Noticed: 78 |

| | | | |
|---|---|---|---|
| 14343918 | + Email/Text: mortgagebkcorrespondence@bofa.com | | |
| | | Apr 19 2024 00:09:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14316761 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 19 2024 00:28:45 | CITI/SEARS, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14316760 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 19 2024 00:12:22 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14316763 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 19 2024 00:12:31 | CITIBANK, 701 EAST 60TH STREET NORTH, SIOUX FALLS, SD 57104-0432 |
| 14316762 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 19 2024 00:12:18 | CITIBANK, CITIBANK CORP/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14316765 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 19 2024 00:12:18 | CITIBANK, NA, 701 EAST 60TH STREET NORTH, SIOUX FALLS, SD 57104-0432 |
| 14316764 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 19 2024 00:28:39 | CITIBANK, NA, CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14316766 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 19 2024 00:12:47 | CITIBANK/THE HOME DEPOT, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14316767 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 19 2024 00:12:31 | CITIBANK/THE HOME DEPOT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14316768 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Apr 19 2024 00:09:00 | COMENITY BANK/PIER 1, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14316771 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Apr 19 2024 00:09:00 | COMENITY BANK/PIER 1, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14316774 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 19 2024 00:08:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 15316, WILMINGTON, DE 19850 |
| 14316775 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 19 2024 00:08:00 | DISCOVER FINANCIAL, PO BOX 15316, WILMINGTON, DE 19850 |
| 14316772 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 19 2024 00:29:03 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14316773 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 19 2024 00:12:16 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, PO BOX 8218, MASON, OH 45040 |
| 14322137 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 19 2024 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14316787 | Email/Text: EBNBKNOT@ford.com | | |
| | | Apr 19 2024 00:10:00 | FORD MOTOR CREDIT, NATIONAL BANKRUPTCY SERVICE CCENTER, PO BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14316756 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 19 2024 00:12:22 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 14316758 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 19 2024 00:12:30 | CHASE CARD SERVICES, PO BOX 15298, WILMINGTON, DE 19850 |
| 14333173 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 19 2024 00:28:39 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A, PO BOX 15368, Wilmington DE 19850 |
| 14332851 | + Email/Text: RASEBN@raslg.com | | |
| | | Apr 19 2024 00:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

Case 19-12774-amc   Doc 50   Filed 04/20/24   Entered 04/21/24 00:34:10   Desc Imaged
Certificate of Notice    Page 3 of 7

| District/off: 0313-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: 138OBJ | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| 14316791 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 19 2024 00:08:00 | KOHLS/CAPITAL ONE, N56 W 17000 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051-5660 |
| 14316790 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 19 2024 00:08:00 | KOHLS/CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14316793 | | Email/Text: e-bankruptcy@nasafcu.com | Apr 19 2024 00:08:00 | NASA FCU, 500 PRINCE GEORGES BLVD, UPPER MARLBORO, MD 20774 |
| 14316792 | | Email/Text: e-bankruptcy@nasafcu.com | Apr 19 2024 00:08:00 | NASA FCU, ATTN: BANKRUPTCY, PO BOX 1778, BOWIE, MD 20717 |
| 14332125 | | Email/Text: e-bankruptcy@nasafcu.com | Apr 19 2024 00:08:00 | NASA Federal Credit Union, P.O. Box 1588, Bowie, MD 20717 |
| 14316795 | + | Email/Text: bnc@nordstrom.com | Apr 19 2024 00:09:53 | NORDSTROM FSB, 13531 E CALEY AVE, ENGLEWOOD, CO 80111-6505 |
| 14316794 | + | Email/Text: bnc@nordstrom.com | Apr 19 2024 00:09:53 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 14316796 | ^ | MEBN | Apr 18 2024 23:59:58 | PENN MEDICINE, PO BOX 824406, Philadelphia, PA 19182-4406 |
| 14336694 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2024 00:08:00 | PNC BANK, N.A., Attention: Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14316797 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2024 00:08:00 | PNC MORTGAGE, ATTN: BANKRUPTCY, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 14316801 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2024 00:08:00 | PNC MORTGAGE, PO BOX 8703, DAYTON, OH 45401 |
| 14566039 | ^ | MEBN | Apr 18 2024 23:59:08 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14316806 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:12:30 | SYNCB/HHGREG, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 14316805 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:12:54 | SYNCB/HHGREG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14316808 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:29:04 | SYNCB/IKEA, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14316807 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:12:22 | SYNCB/IKEA, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14316810 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:29:04 | SYNCHRONY BANK/TJX, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 14316809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:29:09 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14316811 | + | Email/Text: Bankruptcy@wsfsbank.com | Apr 19 2024 00:10:00 | THE BRYN MAWR TRUST CO, 801 W LANCASTER AVE, BRYN MAWR, PA 19010-3396 |
| 14316817 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 19 2024 00:09:00 | TOYOTA FINANCIAL SERVICES, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 14316812 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 19 2024 00:09:00 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY DEPT, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 14343466 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 19 2024 00:08:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14337917 | | Email/Text: electronicbkydocs@nelnet.net | Apr 19 2024 00:09:00 | UNITED STATES DEPARTMENT OF |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14316822 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 19 2024 00:09:00 | US DEPTARTMENT OF EDUCATION/GREAT LAKES, ATTN: BANKRUPTCY, PO BOX 7860, MADISON, WI 53707-7860 |
| 14316824 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 19 2024 00:09:00 | US DEPTARTMENT OF EDUCATION/GREAT LAKES, 2401 INTERNATIONAL LANE, MADISON, WI 53704-3121 |
| 14781544 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 19 2024 00:09:00 | US Dept of Education, PO Box 2837, Portland, OR 97208-2837 |
| 14753208 | + | Email/Text: EBN@edfinancial.com | Apr 19 2024 00:08:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14350422 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2024 00:12:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14316826 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 19 2024 00:12:38 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 14316827 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 19 2024 00:12:16 | WELLS FARGO BANK NA, PO BOX 3117, WINSTON SALEM, NC 27102-3117 |
| 14316828 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 19 2024 00:28:16 | WELLS FARGO BANK NV NA, PO BOX 31557, BILLINGS, MT 59107-1557 |
| 14663558 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 19 2024 00:12:28 | Wells Fargo Bank, N.A., Attention: Payment Processing, MAC F2302-04C, 1 Home Campus, Des Moines, IA 50328-0001 |
| 14352404 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 19 2024 00:12:28 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14663557 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 19 2024 00:28:40 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14695701 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 19 2024 00:12:23 | Wells Fargo Bank, N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14316745 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14316746 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14316743 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14316744 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14316748 | *+ | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14316749 | *+ | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14316750 | *+ | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14316751 | *+ | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14316755 | *+ | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14316753 | *+ | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 14316769 | *+ | COMENITY BANK/PIER 1, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14316778 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14316779 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14316780 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14316781 | *+ | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 14316783 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14316784 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14316785 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |
| 14316786 | *+ | FEDLOAN SERVICING, POB 60610, HARRISBURG, PA 17106-0610 |

Case 19-12774-amc   Doc 50   Filed 04/20/24   Entered 04/21/24 00:34:10   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: 138OBJ | Total Noticed: 78 |

| | | |
|---|---|---|
| 14316757 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 14316759 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, PO BOX 15298, WILMINGTON, DE 19850 |
| 14316798 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC MORTGAGE, ATTN: BANKRUPTCY, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 14316799 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC MORTGAGE, ATTN: BANKRUPTCY, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 14316800 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC MORTGAGE, ATTN: BANKRUPTCY, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 14316802 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC MORTGAGE, PO BOX 8703, DAYTON, OH 45401 |
| 14316803 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC MORTGAGE, PO BOX 8703, DAYTON, OH 45401 |
| 14316804 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC MORTGAGE, PO BOX 8703, DAYTON, OH 45401 |
| 14316818 | *+ | TOYOTA FINANCIAL SERVICES, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 14316819 | *+ | TOYOTA FINANCIAL SERVICES, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 14316820 | *+ | TOYOTA FINANCIAL SERVICES, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 14316821 | *+ | TOYOTA FINANCIAL SERVICES, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 14316813 | *+ | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY DEPT, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 14316814 | *+ | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY DEPT, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 14316815 | *+ | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY DEPT, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 14316816 | *+ | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY DEPT, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 14343497 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14316823 | *+ | US DEPTARTMENT OF EDUCATION/GREAT LAKES, ATTN: BANKRUPTCY, PO BOX 7860, MADISON, WI 53707-7860 |
| 14316825 | *+ | US DEPTARTMENT OF EDUCATION/GREAT LAKES, 2401 INTERNATIONAL LANE, MADISON, WI 53704-3121 |
| 14695703 | *+ | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 0 Undeliverable, 39 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024               Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

**Name**            **Email Address**

DENISE ELIZABETH CARLON
                    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
                    on behalf of Creditor PNC BANK NA wbecf@brockandscott.com  mario.hanyon@brockandscott.com

STEPHEN MATTHEW DUNNE
                    on behalf of Debtor Barbara A Marcoon DunneLawOfficesPC@jubileebk.net  bestcasestephen@gmail.com

STEPHEN MATTHEW DUNNE
                    on behalf of Joint Debtor Bruce L Marcoon DunneLawOfficesPC@jubileebk.net  bestcasestephen@gmail.com

District/off: 0313-2 | User: admin | Page 6 of 6
Date Rcvd: Apr 18, 2024 | Form ID: 138OBJ | Total Noticed: 78

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Barbara A Marcoon and Bruce L Marcoon

        Debtor(s)                     Case No: 19−12774−amc

                                                  Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                        900 Market Street
                          Suite 400
                      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/18/24

                                                                                                      47 − 41
                                                                              Form 138OBJ